No. 1027. MALDONADO & COMPANY, PETITIONER, *v.* NEW YORK & CUBA MAIL STEAMSHIP COMPANY.　June 12, 1916.　Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied.　*Mr. Daniel P. Hays* for the petitioner.　*Mr. Norman B. Beecher* and *Mr. Roscoe H. Hupper* for the respondent.

---

No. 1028. J. BACON & SONS, PETITIONER, *v.* ROBERT C. KINKEAD.　June 12, 1916.　Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied.　*Mr. William Marshall Bullitt* for the petitioner.　*Mr. H. H. Nettelroth* for the respondent.

---

No. 1036. MONTGOMERY WARD & COMPANY (INC.), PETITIONER, *v.* IOWA WASHING MACHINE COMPANY. June 12, 1916.　Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied.　*Mr. Taylor E. Brown* and *Mr. Clarence E. Mehlhope* for the petitioner.　*Mr. Robert H. Parkinson* and *Mr. Wallace R. Lane* for the respondent.